FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 23 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. |
| MITZI BICKERS, | 1:18-CR-00098-SCJ-LTW-1 |
| Defendant. | |

## VERDICT

As to the crime charged in Count One of the Indictment, we the Jury, find the Defendant, **MITZI BICKERS,**

✓ Guilty          _____ Not Guilty

As to the crime charged in Count Two of the Indictment, we the Jury, find the Defendant, **MITZI BICKERS,**

_____ Guilty          ✓ Not Guilty

As to the crime charged in Count Three of the Indictment, we the Jury, find the Defendant, **MITZI BICKERS,**

_____ Guilty          ✓ Not Guilty

As to the crime charged in Count Four of the Indictment, we the Jury, find the Defendant, **MITZI BICKERS**,

__√__ Guilty          ____ Not Guilty

As to the crime charged in Count Five of the Indictment, we the Jury, find the Defendant, **MITZI BICKERS**,

__√__ Guilty          ____ Not Guilty

As to the crime charged in Count Six of the Indictment, we the Jury, find the Defendant, **MITZI BICKERS**,

__√__ Guilty          ____ Not Guilty

As to the crime charged in Count Seven of the Indictment, we the Jury, find the Defendant, **MITZI BICKERS**,

__√__ Guilty          ____ Not Guilty

As to the crime charged in Count Eight of the Indictment, we the Jury, find the Defendant, **MITZI BICKERS**,

__√__ Guilty          ____ Not Guilty

As to the crime charged in Count Nine of the Indictment, we the Jury, find the Defendant, **MITZI BICKERS,**

__✓__ Guilty     ____ Not Guilty

As to the crime charged in Count Ten of the Indictment, we the Jury, find the Defendant, **MITZI BICKERS,**

__✓__ Guilty     ____ Not Guilty

As to the crime charged in Count Eleven of the Indictment, we the Jury, find the Defendant, **MITZI BICKERS,**

____ Guilty     __✓__ Not Guilty

As to the crime charged in Count Twelve of the Indictment, we the Jury, find the Defendant, **MITZI BICKERS,**

__✓__ Guilty     ____ Not Guilty

**SO SAY WE ALL,** signed and dated at the United States Courthouse, Atlanta, Georgia, this __23rd__ day of __March__, 2022.

_____     _____
Foreperson's Signature                              Foreperson's Printed Name

3